PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

### Report on Offender Under Supervision

Name of Offender: Plezher Shytwon Wooley         Case Number: A-17-CR-163(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, United States District Judge

Date of Original Sentence: April 20, 2018

Original Offense: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

Original Sentence: Thirty-Six (36) months' custody in the Bureau of Prisons followed by a three (3) year term of supervised release; with the following special conditions: substance abuse treatment, drug testing, abstain from the use of alcohol and all other intoxicants, mental health treatment, take medications, obtain GED, and search condition; $100 special assessment (satisfied).

Type of Supervision: Supervised Release         Date Supervision Commenced: October 10, 2019

Assistant U.S. Attorney: Mark Marshall         Defense Attorney: Jose I. Gonzalez-Falla(appointed)

### PREVIOUS COURT ACTION

None

### NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition 3:** "The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant."

**Nature of Non-compliance:** On June 22, 2021 the defendant submitted a urinalysis that tested positive for marijuana. The defendant denied the use of any marijuana and disclosed he used an electronic cigarette with CBD oil.

Plezher Shytwon Wooley
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** It is respectfully recommended that no action be taken at this time. The defendant has been admonished for his poor decision making and will be subject to increased random drug testing. The probation office will continue to monitor the defendant's progress and will notify the Court of any further violations.

Approved:                                                           Respectfully submitted,

Hector J. Garcia                                                    Miguel Rodriguez
Supervising U.S. Probation Officer                                  U.S. Probation Officer
                                                                    Date: July 30, 2021

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

                                                                    Honorable Susan Hightower
                                                                    United States Magistrate Judge

                                                                    Date:  July 30, 2021